CONNELLY, APPELLANT, *v.* BRUNSMAN ET AL., APPELLEES.

[Cite as Connelly *v.* Brunsman (1986), 28 Ohio St. 3d 309.]

(No. 86-251—Decided December 22, 1986.)

*Deters, Benzinger & LaVelle* and *John C. LaVelle,* for appellant.

*Kohnen & Kohnen, James A. Hunt* and *Ann Ruley Combs,* for appellee Christ Hospital.

The judgment of the court of appeals in case No. C-850039, pursuant to appellant's Proposition of Law No. 3, is hereby reversed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270, and the cause is remanded to the trial court.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.